UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendants. | No.  2:14-cv-2110 JAM CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.  Before the court for screening is plaintiff's first amended complaint. (ECF No. 16.)

The amended complaint states a cognizable claim under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) as to defendant Leonardo Giron, MD.  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  As to the remaining defendants, the amended complaint fails to cure the deficiencies of the original complaint, as discussed in the previous screening order.  (ECF No. 15.)  Thus the undersigned will recommend that these defendants be dismissed.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Leonardo Giron, MD.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed January 26, 2015.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Two copies of the endorsed amended complaint filed January 26, 2015.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all defendants except Giron be dismissed from this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 23, 2015

                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

2 / carr2110.1amd.new

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendants. | No. 2:14-cv-2110 JAM CKD P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____

                              Complaint

DATED:

                                          _____

                                                      Plaintiff