UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR, | No. 2:14-cv-2110 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

  Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 23, 2015, the magistrate judge filed findings and recommendations herein which contained notice to plaintiff that any objections were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

////

////

1

1. The findings and recommendations filed February 23, 2015, are adopted in full; and

2. All defendants except Giron are dismissed from this action with prejudice.

DATED: March 20, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE