BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR,<br><br>           Plaintiff,<br><br>     v.<br><br>LEONARDO GIRON, M.D.,<br><br>           Defendant. | No. 2:14-cv-2110 JAM CKD P<br><br>ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Plaintiff shall have an extension of twenty-one days, up to and including October 16, 2015, in which to file any opposition to Defendant's pending motion to dismiss. (ECF No. 35.) Should an opposition be filed, Defendant may file any reply within seven (7) days from the date on which the opposition is entered into the Court's ECF system.

IT IS SO ORDERED.

Dated: October 5, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE