UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-2110 JAM CKD P<br><br><br>ORDER |

　　　　On June 10, 2016, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 27, 2016, denying plaintiff's motion for hearing as moot.  Defendants have responded to the motion, and plaintiff has filed a reply.  (ECF Nos. 53 & 54.)  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

　　　　Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 27, 2016 is affirmed.

DATED: August 10, 2016

　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1