UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2110 JAM CKD P<br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding pro se in this case, which is on remand from the Ninth Circuit. The mandate of the Ninth Circuit has issued, ordering that the appellate court's judgment, entered October 24, 2018, takes effect as of November 29, 2018. (ECF No. 86.) The district court's dismissal of plaintiff's claims against the United States under the Federal Tort Claims Act for failure to exhaust has been vacated, while the dismissal of the other claims and defendants was affirmed. (ECF No. 85.)

After the second amended complaint was screened, the defendants moved to dismiss the complaint instead of filing an answer. (ECF No. 55.) Since the motion to dismiss was granted (ECF No. 79), the government has yet to answer the complaint and will therefore be ordered to do so. Additionally, the Ninth Circuit's docket reflects that plaintiff's address has changed and the Clerk of the Court will be directed to update the docket.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the filing of this order, defendant United States of America shall answer the complaint.

2. The Clerk of the Court is directed to update the docket to reflect that plaintiff's address is 220 11th Ave., Seattle, WA 98122.

Dated: December 11, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:carr2110.answer

2