UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR, | No. 2:14-cv-2110 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

In light of the appearance of counsel on plaintiff's behalf and pursuant to the provisions of Federal Rules of Civil Procedure 16 and 26 and Local Rule 240, IT IS HEREBY ORDERED that the December 27, 2018 discovery and scheduling order (ECF No. 91) is vacated and within thirty days of the filing of this order, the parties shall confer and submit a joint status report and proposed scheduling order that briefly sets out their views on the following matters:

1. Service of process;
2. Possible joinder of additional parties;
3. Any expected or desired amendment of the pleadings;
4. Jurisdiction and venue;
5. Anticipated motions and the scheduling thereof;
6. The deadline for initial disclosures. If any party objects to the appropriateness of initial disclosures, an explanation must be provided;

1

7. Anticipated discovery and the scheduling thereof;

8. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

9. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

10. Whether this matter is to be tried before this court or the district court. <u>See</u> 28 U.S.C. § 636(c);

11. Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his/her so acting, or whether they prefer to have a Settlement Conference before another judge;

12. Any other matters that may add to the just and expeditious disposition of this matter.

Dated: December 28, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:carr2110.40.aty