McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR | CASE NO. 2:14-CV-2110-JAM-CKD P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al. | |
| Defendants. | |

Before the Court is the parties' joint stipulation and request to continue the deadline for the joint status report. Good cause appearing, the stipulation is APPROVED. On or before February 27, 2019, the parties shall submit their joint status report addressing the items set forth in the Court's order of December 28, 2018 (ECF 92).

Dated: January 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:carr2110.stip

1