McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR, | No. 2:14-cv-2110 JAM CKD P |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Defendants. | |

Before the Court is a Joint Stipulation and Request to Modify Scheduling Order. Good cause appearing, the request is APPROVED. The scheduling order in this case is modified as follows:

| | |
|---|---|
| Non-expert discovery closes: | January 31, 2020 |
| Plaintiff's deadline to disclose experts: | March 13, 2020 |
| Defendant's deadline to disclose experts: | April 10, 2020 |
| Deadline to disclose rebuttal experts: | May 1, 2020 |
| Expert discovery closes: | June 12, 2020 |
| Law and motion filing deadline: | July 24, 2020 |
| Law and motion cutoff: | August 21, 2020 |

////

////

1

In accordance with the procedures of the District Judge assigned to this case, pretrial conference and trial dates will be set after resolution of any dispositive motions. The remaining provisions of the Court's scheduling order (ECF 98) remain in effect.

Dated: September 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:carr2110.stip.eot