1  Charles Tony Piccuta (SBN 258333)
   Charles Albert Piccuta (SBN 56010)
2  PICCUTA LAW GROUP, LLP
   400 West Franklin Street
3  Monterey, CA  93940
   Telephone: (831) 920-3111
4  Facsimile: (831) 920-3112
   charles@piccutalaw.com
5  chuck@piccutalaw.com

6  McGREGOR W. SCOTT
   United States Attorney
7  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
8  501 I Street, Suite 10-100
   Sacramento, CA 95814
9  Telephone:  (916) 554-2740
   Facsimile:   (916) 554-2900
10 Philip.Scarborough@usdoj.gov

11 Attorneys for the United States

12                    IN THE UNITED STATES DISTRICT COURT

13                      EASTERN DISTRICT OF CALIFORNIA

14

15 LEROY CARR,                              CASE NO.  2:14-CV-2110-JAM CKD P

16                         Plaintiff,        [PROPOSED] ORDER

17             v.

18 FEDERAL BUREAU OF PRISONS, et al.,

19                         Defendants.

20

21        Before the Court is a Joint Stipulation and Request to Modify Scheduling Order.  Good cause

22 appearing, the request is APPROVED.  The scheduling order in this case is modified as follows:

23        Non-expert discovery closes:          March 13, 2020

24        Plaintiff's deadline to disclose experts:    April 24, 2020

25        Defendant's deadline to disclose experts:   May 22, 2020

26        Deadline to disclose rebuttal experts:      June 12, 2020

27        Expert discovery closes:              July 24, 2020

28        Law and motion filing deadline:         September 9, 2020

                                                    1
   [PROPOSED] ORDER

1    Law and motion cutoff:                    October 7, 2020

2         In accordance with the procedures of the District Judge assigned to this case, pretrial conference

3    and trial dates will be set after resolution of any dispositive motions.  The remaining provisions of the

4    Court's scheduling order (ECF 98) remain in effect.

5    Dated:  December 12, 2019

6                                                    _____
                                                      CAROLYN K. DELANEY
7                                                      UNITED STATES MAGISTRATE JUDGE

8

9    13:carr2110.eot.stip.2d

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order                                      2