Charles Tony Piccuta (SBN 258333)
Charles Albert Piccuta (SBN 56010)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile: (831) 920-3112
charles@piccutalaw.com
chuck@piccutalaw.com

Attorneys for Plaintiff Leroy Carr

McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2740
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR,<br><br>                     Plaintiff,<br><br>          v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>                     Defendants. | CASE NO. 2:14-CV-2110-JAM CKD (PC)<br><br>STIPULATION AND [PROPOSED] ORDER FOR MEDICAL EXAMINATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 35 |

Plaintiff Leroy Carr and defendant the United States respectfully submit this stipulation and proposed order for a medical examination under Federal Rule of Civil Procedure 35, which provides that the Court may order physical examination of a party whose physical condition is in controversy.

The parties hereby agree that plaintiff will submit to a medical examination by Dr. Darin J. Davidson, M.D., on February 26, 2020, at 11:30 a.m. at 1600 116th Avenue, NE, Suite 202, Bellevue, Washington 98004. The parties further stipulate as follows:

      1.     No staff or attorneys from the offices of plaintiff or defendant will attend the

examinations.

2. The examination will not exceed 2.5 hours.

3. The examination will not include any testing or procedure that is painful, protracted or intrusive.

4. Defendant shall be responsible for the costs and fees associated with the examination.

5. Defendant will provide Plaintiff a copy of the examiner's report setting out the history, examinations, findings, including the results of all tests made, diagnosis, prognoses, and conclusions of the examiner, Dr. Davidson, M.D., without a request needed and within five (5) court days of Defendant's receipt of the same.

**IT IS SO STIPULATED.**

Dated: February 12, 2020   PICCUTA LAW GROUP, LLP

By: */s/ Charles Tony Piccuta* (as authorized on February 12, 2020)
CHARLES TONY PICCUTA
Attorneys for Plaintiff

Dated: February 12, 2020   McGREGOR W. SCOTT
United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney
Attorneys for the United States

**IT IS SO ORDERED.**

Dated: February 13, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:carr2110.stip

STIPULATION AND [PROPOSED] ORDER FOR MEDICAL EXAMINATION

2