UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY CARR,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>  Defendants. | No.  2:14-cv-2110 JAM CKD P<br><br><br><br>ORDER |

The parties' stipulated request to dismiss the entire action with prejudice, with all parties to bear their own costs and attorneys' fees, (ECF No. 108) is granted.  This action is dismissed and the Clerk of the Court is directed to close the case.

  IT IS SO ORDERED.

Dated:  May 5, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:carr2110.stip.dismiss

1